```
 1  KAREN P. HEWITT
    United States Attorney
 2  MELANIE A. ANDREWS
    Special Assistant U.S. Attorney
 3  28 U.S.C. § 543
    Office of the U.S. Attorney
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, CA 92101-8893
    Telephone: (619) 557-7460
 6  melanie.andrews@usdoj.gov

 7  Attorneys for the John Sargent,
    James Moree, Dan O'Brien, and
 8  the United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA PAMPLONA and JEREMIAH VINCENT PAMPLONA, a minor, by and through his Guardian as Litem Richard Pamplona, individually and as successors in interest to decedent Vincent S. Pamplona, JOSE PAMPLONA and ANGELITA PAMPLONA,<br><br>   Plaintiffs,<br><br>   v.<br><br>NOIDA HERNANDEZ, ROMMIE HERNANDEZ, REMIE HERNANDEZ, DAVID HURLEY, JAMES MOREE, JOHN SARGENT, DAN O'BRIEN, BRYAN PINE individually and dba PINE RENTAL SERVICE, MARCUS GUERRERO, JLG INDUSTRIES, INC. and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 08cv2205 IEG(BLM)<br><br>**ORDER OF SUBSTITUTION OF UNITED STATES OF AMERICA AS DEFENDANT, AMENDMENT AND DISMISSAL** |

Upon review and consideration of the Notice of Substitution of United States of America filed herein by the United States of America and it appearing to the Court that this is a tort action that includes claims against Department of Navy employees arising out of actions certified by the Attorney General of the United States to have been taken within the scope of their employment as federal employees,

//

1     IT IS ORDERED, pursuant to 28 U.S.C. § 2679(d), that the United States of America shall be
2 substituted as a Defendant herein, in place of James Moree, Dan O'Brien and John Sargent, and the
3 case is hereby dismissed as to them, and that the title of the action be amended accordingly.

5 **DATED: February 5, 2009**

                                        _____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**