1
2
3
4
5
6                   **UNITED STATES DISTRICT COURT**
7                  **SOUTHERN DISTRICT OF CALIFORNIA**
8

| | |
|---|---|
| 9  LUCIA PAMPLONA and JEREMIAH | CASE NO. 08cv2205 - IEG - BLM |
| 10 VINCENT PAMPLONA; JOSE PAMPLONA; ANGELITA PAMPLONA, | ORDER DISMISSING CERTAIN DEFENDANTS AND |
| 11                                    Plaintiffs, | TRANSFERRING ACTION |
| 12           vs. | |
| 13 NOIDA HERNANDEZ; ROMMIE HERNANDEZ; REMIE HERNANDEZ; JLG | |
| 14 INDUSTRIES, INC.; DOES 1 THROUGH 100; UNITED STATES OF AMERICA, | |
| 15                                  Defendants. | |

16        On April 13, 2009, the parties submitted a joint stipulation requesting dismissal of certain

17 defendants and transfer of the action against remaining defendants to the District of Guam.  Good

18 cause appearing, the Court HEREBY ORDERS:

19 1.     Plaintiffs' causes of action against defendant the United States of America are DISMISSED;

20 2.     Plaintiffs' causes of action against Noida Hernandez, Rommie Hernandez, and Remie

21        Hernandez, (by and through their Guardian ad litem, Raymunda Chilcutt, individually and as

22        successors in interest to decedent Romeo J. Hernandez) are DISMISSED;

23 3.     The remaining action is transferred, in its entirety, to the United States District Court for the

24        District of Guam.

25 **IT IS SO ORDERED.**

26 **DATED:  April 17, 2009**

27                              _Irma E. Gonzalez_
                              **IRMA E. GONZALEZ, Chief Judge**
28                              **United States District Court**